

Richard Palma <rpalma177@gmail.com>

# Maurice Sinclair, Proposed letter.

**Wright, Thomas (USANYS)** <Thomas.Wright2@usdoj.gov>     Mon, Aug 28, 2023 at 9:39 AM
To: "rpalma@verizon.net" <rpalma@verizon.net>, Ashley Cosme <Ashley_Cosme@nyspt.uscourts.gov>

Officer Cosme,

The Government will object to the removal of home incarceration.

Thank You,

Thomas

Thomas John Wright

Assistant United States Attorney

United States Attorney's Office

for the Southern District of New York

One Saint Andrew's Plaza

New York, New York 10007

T: 212.637.2295

C: 917.696.4147

E: thomas.wright2@usdoj.gov

[Quoted text hidden]